In re BROWN-HOWARTH. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) In the matter of the application of Alice A. Brown-Howarth for an order modifying a decree of divorce in an action in which Clay Brown was plaintiff and Alice A. Brown defendant. No opinion. Motion for reargument denied.

BUSH, Appellant, v. O'BRIEN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Irving T. Bush against John O'Brien and others. D. Emery, for appellant. L. L. Kellogg, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the authority of Bush v. O'Brien, 58 App. Div. 118, 68 N. Y. Supp. 651.

McLAUGHLIN, J., concurring, on the ground that he is bound by the former decision. See 65 N. Y. Supp. 131.

CANE et al. v. STATE. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Henry W. Cane and others against the state of New York. From a judgment in favor of defendant, plaintiffs appeal. Modified.

PER CURIAM. In our judgment the claimants should have received 12½ per cent. upon the sum of $130,000, the amount at which the manufactured goods could have been sold by the claimants, except for the exaction by the state of its 10 per cent. profit. This exaction was unwarranted, because of the state's infringement of its contract by persisting in tagging the goods "Prison Made," and thus preventing a sale at a fair price. Judgment modified, so as to give the claimants $16,250, and, as thus modified, affirmed, without costs to either party.

CANN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Baldwin Cann against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with costs. All concur, except GOODRICH, P. J., and HIRSCHBERG, J., who dissent.

CANTINE, Respondent, v. RUSSELL et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Sarah A. Cantine, as executor, etc., of Peter Cantine, against George W. Russell and another. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except SMITH and KELLOGG, JJ., who dissent.

CARLTON v. WALLER. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Action by Schuyler C. Carlton against Thomas M. Waller. No opinion. Motion granted, with $10 costs.

CARVER, Respondent, v. WAGNER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 19, 1901.) Action by Augustus E. Carver, as executor, etc., against Harriet A. Wagner and others. No opinion. Order affirmed, with $10 costs and disbursements.

CELLA, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Aurelia Cella against the Metropolitan Street Railway Company. J. T. Little, for appellant. W. H. Wood, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re CHAPIN. (Supreme Court, Appellate Division, Fourth Department. June 19, 1901.) In the matter of the application of Oscar W. Chapin for the removal of Charles A. Rupp and John H. Cooper from the office of police commissioners, etc., city of Buffalo. No opinion. Proceedings discontinued upon stipulation of the parties.

CHURCH, Appellant, v. CHURCH, Respondent. (Supreme Court, Appellate Division, Second Department. June 14, 1901.) Action by Maria E. Church against Samuel Church. No opinion. Order affirmed, with $10 costs and disbursements.

CINGALO, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Antonio Cingalo, as administrator, against the Metropolitan Street Railway Company. F. M. Brown, for appellant. C. F. Brown, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. June 4, 1901.) In the matter of the application of the grade crossing commissioners of the city of Buffalo, etc. No opinion. Motion granted. Order to be settled by and before Mr. Justice McLENNAN upon two days' notice.

COHEN, Appellant, v. HAIGHT & FREESE CO., Respondent. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Jack Q. Cohen against the Haight & Freese Company. W. K. Hall, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

COLLINS, Respondent, v. FOWLER, Appellant. (City Court of New York, General Term. April, 1901.) Action by Kate J. Collins against Anderson Fowler. Appeal from a judgment entered upon the report of a referee in favor of plaintiff. Weiser & Bridges (Henry Wilson Bridges, of counsel), for appellant. Howe & Hummel, for respondent. No opinion. Judgment affirmed, with costs.